FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0134

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA-2023-0134

| | |
|---|---|
| Dennis Vancos, <br><br>        Appellant/Plaintiff, <br><br> vs. <br><br> State of Montana, Department of Transportation, and John Doe Defendants 1-50, <br><br>        Appellee/Defendant. | **Order Extending Deadline** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until and including Monday, August 28, 2023 to file and serve the Appellant's opening brief.

DATED this _____ day of July, 2023.

_____
Bowen Greenwood
Clerk of the Supreme Court

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 18 2023